UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| DENIS BUENO, et al.,<br><br>Plaintiffs,<br>v.<br>BLUEGREEN VACATIONS UNLIMITED, INC.,<br><br>Defendant. | Case No. 2:19-cv-00337-GMN-BNW<br><br>ORDER<br><br>(Mot WD Atty – ECF No. 14) |

This matter is before the court on attorney Christopher Burk's Motion to Withdraw as Counsel of Record for the plaintiffs (ECF No. 14). The motion represents that continued representation of plaintiffs in this matter would create an unreasonable financial burden upon him. Mr. Burk therefore seeks leave to withdraw as counsel of record. A Discovery Plan and Scheduling Order (ECF No. 11) was entered on March 28, 2019, and discovery is not set to close until August 26, 2019.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. Mr. Burk's Motion to Withdraw (ECF No. 14) is **GRANTED**.
2. The plaintiffs shall have until **July 1, 2019** in which to retain substitute counsel who shall make an appearance in accordance with the requirements of the Local Rules of Practice, or shall file a notice with the court that they will be appearing in this matter *pro se*.
3. Plaintiffs' failure to timely comply with this order by either obtaining substitute counsel, or filing a notice that they will be appearing in this matter *pro se* may result in the imposition of sanctions, which may include a recommendation to the District

Judge that plaintiff's complaint be dismissed for failure to prosecute. *See* Fed. R. Civ. P. 41(b).

4. The Clerk of the Court shall serve the plaintiff with a copy of this order at their last known address:

Denis Bueno
Juliet Bueno
19045 Vanowen St.
Reseda, CA  91335

DATED this 31st day of May, 2019.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE