Phillip A. Silvestri, Esq.
NV Bar No. 11376
Greenspoon Marder LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
702-978-4249
Phillip.Silvestri@gmlaw.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DENIS BUENO, an individual, and JULIET BUENO, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>BLUEGREEN VACATIONS UNLIMITED, INC.,<br><br>Defendant. | Case No.: 2:19-cv-00337-GMN-BNW<br><br>**STIPULATION AND [PROPOSED] ORDER TO VACATE DEADLINES PENDING SETTLEMENT** |

Defendant Bluegreen Vacations Unlimited, Inc., by and through its counsel of record, Greenspoon Marder LLP, and Plaintiffs, in proper person, hereby notify the Court that the parties have reached a settlement in principle on all claims. On that basis, the Parties request that the Court suspend all deadlines to allow the Parties time to execute settlement documents. A stipulation and order to dismiss should follow within thirty (30) days.

///
///
///
///
///
///
///
///
///

41105165.1

In the unlikely event that the parties are unable to resolve this case, the Parties request that the Court issue a subsequent order rescheduling all deadlines.

Respectfully submitted this 22nd<sup>th</sup> day of August, 2019.

| | |
|---|---|
| **Denis Bueno** | **Greenspoon Marder LLP** |
| */s/ Denis Bueno* | |
| | */s/ Phillip A. Silvestri, Esq.* |
| **Juliet Bueno** | PHILLIP A. SILVESTRI, ESQ. |
| */s/ Juliet Bueno* | Nevada Bar No. 11276 |
| | *Attorneys for Defendant* |

## ORDER

Pending before the Court is the above Stipulation to Vacate Deadlines Pending Settlement, (ECF No. 21). In the Stipulation, the parties represent that they have reached a settlement and therefore request that the Court "suspend all deadlines to allow the Parties time to execute settlement documents." In light of the parties' representations, **IT IS HEREBY ORDERED** that all currently pending deadlines are **STAYED**.

**IT IS FURTHER ORDERED** that the above Stipulation to Vacate Deadlines Pending Settlement, (ECF No. 21), is **GRANTED** consistent with the foregoing.

**IT IS FURTHER ORDERED** that the parties shall have until September 25, 2019, to file a stipulation of dismissal or a joint status report explaining why dismissal documents have not been filed.

**DATED** this 26 day of August, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court

41105165.1