Phillip A. Silvestri, Esq.
NV Bar No. 11376
Greenspoon Marder LLP
3993 Howard Hughes Parkway, Ste. 400
Las Vegas, NV 89169
702-978-4249
Phillip.Silvestri@gmlaw.com
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DENIS BUENO, an individual, and JULIET BUENO, an individual,<br><br>　　　　Plaintiffs,<br>v.<br><br>BLUEGREEN VACATIONS UNLIMITED, INC.,<br><br>　　　　Defendant. | Case No.: 2:19-cv-00337-GMN-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendant Bluegreen Vacations Unlimited, Inc. ("Bluegreen"), by and through its counsel of record, Greenspoon Marder LLP, and Plaintiffs Denis Bueno and Juliet Bueno (collectively "Plaintiffs" and together with Bluegreen, the "Parties"), in proper person, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) hereby stipulate and agree:

1.　　Pursuant to an executed settlement agreement between the Parties, all claims asserted by Plaintiffs shall be dismissed with prejudice.

///
///
///
///
///
///
///
///

Page 1 of 2

41326057v1

2. Each party shall bear its own attorneys' fees and costs, except as set forth in the Parties' settlement agreement.

Dated this 4th day of October, 2019.

| | |
|---|---|
| **Denis Bueno** | **Greenspoon Marder LLP** |
| */s/ Denis Bueno* | |
| | */s/ Phillip A. Silvestri, Esq.* |
| **Juliet Bueno** | PHILLIP A. SILVESTRI, ESQ. |
| */s/ Juliet Bueno* | Nevada Bar No. 11276 |
| | *Attorneys for Defendant* |

**IT IS SO ORDERED.**

_____
**Gloria M. Navarro, District Judge**
**UNITED STATES DISTRICT COURT**

**DATED** this __7__ day of October, 2019.